UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

VALERIY KOMPANEYETS,

        Petitioner,

  - against -

ALBERTO GONZALES,
US Attorney General,
MICHAEL CHERTOFF,
Secretary of the Department of
Homeland Security (DHS),
MICHAEL PETRUCELLI,
Director for the United States
Citizenship and Immigration
Services (USCIS), and
MARY ANN GANTNER,
District Director for the New
York City USCIS District,

        Respondents.

------------------------------------X

STIPULATION AND
ORDER OF DISMISSAL

Civil Action
No. CV-05-3646

(Ross, J.)
(Azrack, M.J.)

    IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure. This dismissal is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: New York, New York
November 29, 2005

Attorney for the Petitioner

/s/ Irina Matiychenko

IRINA MATIYCHENKO, ESQ.
New York Legal Assistance Group
450 West 33rd Street, 11th Floor
New York, New York 10001

Dated: New York, New York
~~November~~ DECEMBER 6, 2005

Attorney for the Respondents

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
1 Pierrepont Plaza, Fourteenth Floor
Brooklyn, New York 11201

By: /s/ Ronald W. Kish
RONALD W. KISH
Special Assistant United States Attorney
(212) 264-3475

SO ORDERED:

Dated: Brooklyn, New York
December 8, 2005

/s/ Allyne R. Ross
HONORABLE ALLYNE R. ROSS
United States District Judge